UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:07-cr-534-T-30EAJ |
| JUAN MANUEL ROMERO, | : |
| Defendant. | : |

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #57) of the United States of America for Entry of a Preliminary Order of Forfeiture, which shall be a final order of forfeiture as to defendant Juan Manuel Romero's right, title, and interest in $94,020.00 in United States currency.

Being fully advised in the premises, the Court finds that the United States has established the *nexus* between the crime of conviction and the $94,020.00 in United States currency; and

WHEREAS, by virtue of the defendant's plea agreement, the United States is now entitled to possession of the currency listed above pursuant to 21 U.S.C. § 853(a), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

1.	The Motion (Dkt. #57) of the United States of America for Entry of a Preliminary Order of Forfeiture is GRANTED;

2. That all right, title and interest of defendant Juan Manuel Romero in the above-listed currency are hereby condemned and forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853;

3. That, following the entry of an order of forfeiture, the United States shall publish notice of the order and of its intent to dispose of the forfeited asset in such a manner as the Attorney General may direct.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the above-described asset, that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified;

4. That the Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of the subject property, and to address any third party petitions that may be filed in the ancillary proceedings;

5. That any person, other than Juan Manuel Romero, who has or claims a legal interest in the above-described property shall file a petition with this Court for a hearing to adjudicate the validity of his alleged interest in the forfeited asset.  The petition shall be mailed to the Clerk of the United States District Court, Sam Gibbons Federal Courthouse, 801 North Florida Avenue, 2nd Floor, Tampa, Florida 33602, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

6. That the petition must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited asset, the time and circumstances of the petitioner's acquisition of the right, title or interest in the forfeited asset, and any additional facts surrounding the petitioner's claim and the relief sought;

7. That, after receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the forfeited asset; and

8. That, upon adjudication of all third-party interests in the above-described assets, this Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

**DONE** and **ORDERED** in Tampa, Florida on May 5, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Conformed copies to:
All Counsel/Parties of Record

F:\Docs\2007\07-cr-534.forfeiture 57.wpd